It is so ordered.  This matter is dismissed without prejudice.  The case management conference scheduled for 3/4/2020 is hereby canceled.
/s/ John R. Adams
U.S. District Judge
3/3/2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| AMY TANNER, individually, and on half of all of those similarly situated, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 1:19-cv-02611-JRA <br><br> Judge John R. Adams |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Amy Tanner, Maximiliano Olivera, and Don McCoy, through undersigned counsel, hereby notice their dismissal, without prejudice, of all claims in the instant action against Defendant Wells Fargo Bank, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

    Respectfully Submitted,

    /s/ Marc E. Dann
    Marc E. Dann (0039425)
    Brian D. Flick (0081605)
    Daniel M. Solar (0086532)
    DANN LAW
    P.O. Box. 6031040
    Cleveland, OH 44103
    Telephone: 216-373-0539
    Facsimile:  216-373-0536
    notices@dannlaw.com
    *Counsel for Plaintiffs*

---

[1] Defendant Wells Fargo Bank, N.A. has not yet filed an answer in this matter, instead only filing a motion to dismiss. See, Docket No. 9.